UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LASHAUN DENICE BYRD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 2:19cv38 |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the court on an agreed motion for award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), filed by the Plaintiff on February 11 2020.

The Court, having been duly advised and having examined the motion, now finds that the motion should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff be awarded $11,500.00 in fees under the EAJA.

This award of attorney fees will satisfy all claims for attorney fees, expenses and costs under the EAJA. After the Court enters the award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that such an award be made payable to Plaintiff's Counsel.

Entered: February 12, 2020.

s/ William C. Lee
William C. Lee, Judge
United States District Court